GLOUNER ET AL. *v.* SUPERIOR COURT OF
CALIFORNIA FOR THE COUNTY
OF LOS ANGELES.

No. 756.  Decided January 9, 1967.

*Hyman Goldman* for appellants.

*R. B. Pegram, W. H. Peterson* and *Jack M. Miller* for the State of California, real party in interest.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

BOGART *v.* TRAYNOR, CHIEF JUSTICE OF
CALIFORNIA, ET AL.

No. 767, Misc.  Decided January 9, 1967.

Appellant *pro se.*

*Warren M. Christopher* for appellee State Bar of California.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.  The request for other relief is also denied.